**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**


**REHEARING ACTION: September 3, 2014**


**Docket Number: 14   00126-CA**

**DIONE W. DAVID**
**VERSUS**
**RICHARD G. DAVID**

**Appealed from Iberia Parish Case No. 113919**


**BEFORE JUDGES:**

> **Hon. Jimmie C. Peters**
> **Hon. Marc T. Amy**
> **Hon. Elizabeth A. Pickett**


As counsel of record in the captioned case, you are hereby notified that the application for

rehearing filed by **Dione W. David** and the application for rehearing filed by **Richard G.**

**David** have this day been

> **DENIED.**




cc: Ed W. Bankston, Counsel for the Appellant
    L. E. "Tony" Morrow, Jr., Counsel for the Appellee